SAN-NAP-PAK MANUFACTURING COMPANY, INC., v. FIREMEN'S INSURANCE COMPANY OF NEWARK.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs and stay vacated. [See *ante,* p. 905.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GLAYDAS HERZBERG, Doing Business as SEAL-COTE COMPANY v. REVLON PRODUCTS CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs and stay vacated. [See *ante,* p. 964.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (December 18, 1944.)

In the Matter of CITY OF NEW YORK, Respondent, against EMIL SCHOECK et al., Appellants; PATRICK J. WALSH, as Fire Commissioner of the City of New York, et al., Constituting the Board of Trustees of the New York Fire Department Pension Fund of the City of New York, Defendants.

*Per Curiam.* However unfortunate may be the inability of the Board of Trustees to act on account of a division of opinion among its members, the court had no power to make a decision which, by the Administrative Code of the City of New York (§ B19–2.0) may only be made by a seven-twelfths vote of the Board. The remedy, if there be any, is by legislative action.

The appellant Schoeck not having been charged with any dereliction of duty and not having been lawfully retired could not be suspended from duty by the Fire Commissioner and should be reinstated.

The order appealed from should be reversed, with twenty dollars costs and disbursements, and petitioner's application denied.

Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ., concur.

Order unanimously reversed, with twenty dollars costs and disbursements, and petitioner's application denied. Settle order on notice.